# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**RAYMOND KWONG, Plaintiff**

**VS.**                                                    **NO. 4:06cv138-M-B**

**COMMISSIONER OF SOCIAL SECURITY, Defendant**

## ORDER GRANTING ADDITIONAL TIME
## IN WHICH TO FILE BRIEF

**THIS DAY** this cause having come on for hearing on Plaintiff's *ore tenus* Motion for Extension of time in which to file his Brief, and the Court, after finding that the Office of the U.S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the Plaintiff herein is hereby allowed an extension of time in which to file his Brief in the above styled and numbered cause, said extension to run until the 19th day of March, 2007.

**SO ORDERED** this, the 14th day of February, 2007.


/s/ Eugene M. Bogen
U.S. MAGISTRATE JUDGE